[No. 39825-7-II.   Division Two.   November 22, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK EDWARD STANSFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 08-1-00484-1, Scott R. Sparks, J. Pro Tem., entered August 28, 2009. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Penoyar, C.J., concurred in by Van Deren and Johanson, JJ.

[Nos. 40119-3-II; 40122-3-II.   Division Two.   November 22, 2011.]

*In the Matter of the Parentage and Support of* T.H.B.

CLYDE REED, *Appellant*, v. CATHERINA BROWN, *Respondent*.

CATHERINA YVETTE BROWN, *Respondent*, v. CLYDE HARRISON REED, JR., *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated January 31, 2012. Substitute opinion filed. See 168 Wn. App. 1001.

[No. 40836-8-II.   Division Two.   November 22, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN R. BELTRAN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-1-00008-1, Gordon Godfrey, J., entered June 7, 2010. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Van Deren, J.